IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTOPHER FROST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-344-WKW |
| | ) | [WO] |
| NORTH AMERICAN | ) | |
| CAPACITY INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Report and Recommendation of the Magistrate Judge. (Doc. # 34.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 34) is ADOPTED;

2. Defendant North American Capacity Insurance Company's Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Doc. # 29) is DENIED; and

3. Defendant North American Capacity Insurance Company shall file an Answer to Plaintiff Kristopher Frost's Complaint (Doc. # 1) **on or before May 29, 2018**.

DONE this 14th day of May, 2018.

                                                  /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE